IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS CLIFFORD BRUCE,<br><br>Defendant. | No. 25-CR-49<br><br>**INDICTMENT**<br><br>Count 1<br>  18 U.S.C. § 152(3), 18 U.S.C. § 2(b):<br>  False Bankruptcy Declaration<br><br>Count 2<br>  18 U.S.C. § 152(2):<br>  False Statement Under Oath |

The Grand Jury charges:

## Count 1
## False Bankruptcy Declaration

On or about March 4, 2024, in the Northern District of Iowa, the defendant, DENNIS CLIFFORD BRUCE, knowingly and fraudulently made and caused to be made a false declaration, certificate, and verification under the penalty of perjury, as permitted under Section 1746 of Title 28, in and in relation to a case under Title 11, *In re Dennis Clifford Bruce*, Case Number 24-00179, in the United States Bankruptcy Court for the Northern District of Iowa, by causing Attorney-1 to file a Statement of Financial Affairs for Individuals Filing for Bankruptcy, in which the defendant fraudulently omitted to disclose the following sale of property within two years of the filing of his bankruptcy proceeding, specifically, the sale of a pontoon boat in about May 2023.

This was in violation of Title 18, United States Code, Sections 152(3) and 2(b).

## Count 2
### False Statement Under Oath

On or about April 8, 2024, in the Northern District of Iowa, the defendant, DENNIS CLIFFORD BRUCE, knowingly and fraudulently made a false material statement under oath in and in relation to a case under Title 11, *In re Dennis Clifford Bruce*, Case Number 24-00179, in the United States Bankruptcy Court for the Northern District of Iowa, by falsely testifying under oath, "No," when asked at a meeting of creditors whether, besides a "2018 Jeep," there was "[a]ny other property sold, transferred, given away, taken from [defendant] in the two years prior to filing," when in truth defendant knew he had sold a pontoon boat in about May 2023.

This was in violation of Title 18, United States Code, Section 152(2).

A TRUE BILL

███████████████

6-4-25

Foreperson      Date

TIMOTHY T. DUAX
United States Attorney

By: *Timothy L. Vavricek*

TIMOTHY L. VAVRICEK
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 6/4/25
PAUL DE YOUNG, CLERK